IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EDWARD L. THOMPSON, SR.,
    Plaintiff,

vs.                                Case No. 3:09cv385/LAC/EMT

SUSAN M. NOVOTNY,
ROGER VINSON, and
M. CASEY RODGERS,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 30, 2009 (Doc. 10). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of the timely filed objections (Doc. 12).

Having considered the Report and Recommendation, and the objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The complaint is **DISMISSED with prejudice** as barred by res judicata.

3. All pending motions are **DENIED** as moot.

4. This action is **DISMISSED** and the clerk is directed to close the file.

**DONE AND ORDERED** this 16th day of December, 2009.

                                              *s/L.A. Collier*
                                              **LACEY A. COLLIER**
                                              **SENIOR UNITED STATES DISTRICT JUDGE**